# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE ASSISTANT PRIVACY LITIGATION | Case No. 19-cv-04286-BLF |
| EDWARD BREKHUS and JON HERNANDEZ, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALPHABET, INC.,<br><br>Defendants. | Case No. 20-cv-05488-NC<br><br>**ORDER RELATING CASES; AND ORDER TO SHOW CAUSE WHY RELATED CASES SHOULD NOT BE CONSOLIDATED** |

On August 17, 2020, the plaintiffs in *Brekhus et al. v. Google LLC et al.*, Case No. 5:20-cv-05488-NMC ("*Brekhus*"), filed an administrative motion to consider whether *Brekhus* should be related to *In re Google Assistant Privacy Litigation*, Case No. 19-cv-04286-BLF ("*In re Google*"). The plaintiffs in *In re Google*, as well as Defendants Google LLC and Alphabet, Inc., have filed responses in support of the administrative motion. The Court agrees with the parties that *Brekhus* and *In re Google* ARE RELATED within the meaning of Civil Local Rule 3-12(a). Accordingly, the Clerk SHALL reassign the *Brekhus* action to the undersigned judge.

The parties are ORDERED TO SHOW CAUSE, in writing and on or before September 4, 2020, why *Brekhus* and *In re Google* should not be consolidated.

**IT IS SO ORDERED.**

Dated: August 24, 2020

_____
BETH LABSON FREEMAN
United States District Judge